Taylor R. Reeves, Esq.
Nevada Bar No. 15987
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: treeves@spencerfane.com

*Attorneys for Defendants USAA
General Indemnity Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EUGENE AGUILA, an individual,<br><br>Plaintiff<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA GENERAL INDEMNITY COMPANY; DOE CLAIM ADJUSTER I-X; DOE CLAIM SUPERVISOR I-X; DOES I-X, and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants | Case No.: 2:26-cv-01193-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO REMAND**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 13] |

Defendant USAA General Insurance Company ("***USAA GIC***"), by and through its counsel, Spencer Fane LLP and Plaintiff Eugene Aguila ("Plaintiff") by and their counsel of record Rex Law hereby stipulate and agree to extend time for USAA GIC to file it's Opposition to Plaintiff Eugene Aguila's Motion to Remand ("Motion") (ECF No. 12) from June 5, 2026 to June 12, 2026. This is the first stipulation to extend time for USAA GIC to file it's opposition to Plaintiff's Motion.

This extension is made in good faith and not meant for purposes of delay. USAA GIC's counsel will be out of town and balancing other filing deadlines and required additional time for this opposition.

/ / /

/ / /

Dated this 3rd day of June, 2026.          Dated this 3rd day of June, 2026.

**REX LAW**                                **SPENCER FANE LLP**

*/s/ Cory Rex*                             */s/ Taylor R. Reeves*

Cory Rex, Esq.                             Taylor R. Reeves, Esq.
Nevada Bar No. 10577                       Nevada Bar No. 15987
170 South Green Valley Pkwy., Suite 300    300 S. Fourth Street, Suite 1600
Henderson, Nevada 89012                    Las Vegas, Nevada 89101

*Attorney for Plaintiff*                   *Attorneys for Defendants USAA General Indemnity Company*


**IT IS SO ORDERED.**


UNITED STATES DISTRICT JUDGE

Dated: June 4, 2026

- 2 -

DE 11700778.2