**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EUGENE AGUILA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE<br>ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 2:26-cv-01193-CDS-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is the parties' proposed joint discovery plan. Docket No. 15.

**I.    CASE MANAGEMENT DEADLINES**

The presumptively reasonable discovery period is 180 days from the date the first defendant answers or appears. LR 26-1(b)(1). Local Rule 26-1(a) provides that a plan requesting longer deadlines must include a statement of the reasons why longer or different time periods should apply to the case.

The first defendant appeared in this action on April 17, 2026, when this case was removed from state court. Docket No. 1. In the instant plan, the parties request a 371-day discovery period, measured from the date the first defendant appeared. Docket No. 15 at 2 (requesting a discovery cutoff of April 23, 2027). The parties submit that a discovery period more than double the presumptively reasonable length is warranted because Plaintiff alleges bad faith handling of two different insurance claims, Plaintiff asserts claims of negligent hiring, training, and supervision, and many of the key witnesses in this case are located outside of Nevada. *Id.* However, cases in this District regularly involve numerous claims and involve witnesses outside of Nevada; therefore, the Court does not find that a 371-day discovery period is warranted. Nonetheless, as a one-time courtesy to the parties, the Court will grant a 240-day discovery period.

The Court **GRANTS in part** and **DENIES in part** the proposed plan, and sets case management deadlines as follows:

- Initial disclosures:  June 10, 2026
- Amend pleadings/ add parties:  September 15, 2026
- Initial experts:  October 15, 2026
- Rebuttal experts:  November 16, 2026
- Discovery cutoff:  December 14, 2026
- Dispositive motions:  January 13, 2027
- Joint proposed pretrial order:  February 12, 2027, or 30 days after resolution of dispositive motions

The case management deadlines are not to be considered tentative in nature.  The Court intends to enforce case management deadlines absent a proper showing that modification is warranted, even if that request is presented jointly or by stipulation.

## II.    DISCOVERY MOTIONS

Seeking judicial intervention on discovery disputes is *strongly discouraged*.  The Court does not generally entertain requests for informal resolution of discovery disputes, so discovery disputes must ordinarily be presented through proper motion practice.  Such motion practice must include a statement certifying that counsel could not satisfactorily resolve the matter after personal consultation and sincere effort to do so.  The parties and counsel are warned that there is a presumption that reasonable expenses—including attorneys' fees—will be awarded to the victor of a discovery motion.  The Court will not hesitate to impose such awards as warranted given their intended deterrent purpose.

Discovery motions must be filed without undue delay.  In addition, absent unusual circumstances, the Court will not consider discovery motions filed more than 14 days after the discovery cutoff.

## III.    LATER-APPEARING PARTIES

Any later appearing party must serve initial disclosures within 21 days of that party's first appearance in the case.  The case management deadlines set forth above otherwise apply to any

later appearing party as currently set, unless a request to modify those deadlines is filed and granted by the Court.

IT IS SO ORDERED.

Dated: June 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

3